# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ELIZABETH BOWMAN-HERFORD | : | Case No.  3:11-cv-373 |
| Plaintiff, | : | |
| | | District Judge Thomas M. Rose |
| - vs - | : | Magistrate Judge Michael J. Newman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that the case be closed and the Plaintiff's case be dismissed with prejudice.

December 7 th  2011.                                   *s/THOMAS M. ROSE*

                                                   Thomas M. Rose
                                                   United States District Judge